IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-vs-

WILLIAM S. DRAKE,

              Defendant.

07-M-637

**INFORMATION**
(Misdemeanor)

**Violation:**
29 U.S.C. § 439(b)

---

### COUNT 1

**The United States Attorney Charges That:**

On or about and between July 1, 2001, and December 31, 2003, in the Western District of New York, the defendant, WILLIAM S. DRAKE, while President of United Steelworkers of America Local 1013T, a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code Sections 402(i) and 402(j), did knowingly fail to disclose material facts with regard to his eligibility to receive payment for "lost time" compensation, as such information would affect the information set forth in a report and document required to be filed with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report of United Steelworkers of America Local 1013T.

**All in violation of Title 29, United States Code, Section 439(b).**

Dated:  Rochester, New York, November 28, 2007.

                              TERRANCE P. FLYNN
                              United States Attorney

BY: _Bradley E. Tyler_ (signature)
          BRADLEY E. TYLER
          Assistant United States Attorney